**Dismissed and Memorandum Opinion filed November 3, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00456-CV

### SEAN MCADOO AND TERA MCADOO, Appellants

### V.

### KATY RANCH LUXURY APARTMENTS, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1076988**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 31, 2016. The notice of appeal was filed June 3, 2016. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On September 29, 2016, this court ordered appellant to pay the appellate filing fee on or before October 14, 2016, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.